# EXHIBIT A

# RECOVERY ONE

PO Box 20404
Columbus OH 43220-0404
Telephone: (877) 205-2846 Fax (614) 336-1150

 Checks by telephone, please call for details.
877-205-2846

December 8, 2017

| | |
|---|---|
| Client: | SAFE STEP WALK-IN TUB CO. |
| Client Account: | 42524 |
| Account Balance: | $12,847.00 |
| Account Number: | SST115 |

*Dave Fuller*

Dear Paul & Betty Sotirakis,

SAFE STEP WALK-IN TUB CO. has retained this office in connection with its claim against you in the amount shown above. Our client informs us that they have been unsuccessful in its attempts to reach an agreement with you regarding the payment of this balance and the collection of the full amount due.

It is imperative that you contact this office immediately so necessary arrangements can be made to clear this matter. To make arrangements to pay this debt, call 877-205-2846 or make your check or money order payable to RECOVERY ONE, for $12,847.00 and send it to this office at the address shown above.

To pay your bill online visit https://www.recoveryonellc.com/paybill.asp or call 877-205-2846

Yours Truly,

*Steve Jones*

Steve Jones
Collection Manager

## NOTICE

The communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

---

CADRONE013

| IF PAYING BY CREDIT CARD, COMPLETE ALL, SIGN AND RETURN. |
|---|
| CHECK CARD USING FOR PAYMENT  ☐ VISA  ☐ MASTERCARD |
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | EXP. DATE |
| CARDHOLDER NAME | CARDHOLDER SIGNATURE | AMOUNT |

ADRONE01
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

MAIL ALL CORRESPONDENCE TO:
PO Box 20404
Columbus OH 43220-0404

December 8, 2017

3    591097948

Paul & Betty Sotirakis
317 S Spring Blvd
Tarpon Springs FL 34689-3505

SST115
966155